THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KEITH M. STAUB
Assistant United States Attorney
California Bar Number 137909
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-7423
    Facsimile: (213) 894-7819
email: Keith.Staub@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SYED ANSAR | No. CV 08-0383 MMM (FFMx) |
| Plaintiff, | |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, | |
| Defendant. | |

**(PROPOSED) ORDER REMANDING TO TO U.S. CITIZENSHIP**

**AND IMMIGRATION SERVICES**

orderremand.wpd

1  This Court Orders as follows: The Court has reviewed and
2  accepts the parties' Stipulation for Remand filed concurrently
3  with this Order. Therefore, the Court REMANDS the Complaint to
4  U.S. Citizenship and Immigration Services (USCIS) with
5  instructions to adjudicate and issue a decision on the
6  Application for Naturalization within thirty (30) days of this
7  court's order. The Court DISMISSES Plaintiff's action without
8  prejudice. Each party will bear their own costs, fees and
9  expenses.

11  Dated: 3/21/08

*Margaret M. Morrow*

HON. MARGARET M. MORROW
DISTRICT COURT JUDGE